AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA<br>v.<br><br>MICHAEL L. LINDSEY | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   2:99cr-205-WHA<br>USM No.  10611-002<br><br>Christine Freeman<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    1 of the Amended Petition    of the term of supervision.

☐   was found in violation of condition(s)                after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission on a new federal, state or local crime | 10/13/2005 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   Violations #2 & #3 are dismissed on oral motion of the Government

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    1246

Defendant's Year of Birth:    1971

City and State of Defendant's Residence:
Alabama Department of Corrections

April 22, 2015
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton    Senior U. S. District Judge
Name and Title of Judge

April 22, 2015
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | | Judgment — Page | 2 | of | 2 |

DEFENDANT:       MICHAEL L. LINDSEY
CASE NUMBER:     2:99-cr-205-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
**24 months, with no supervision to follow. This term shall be served consecutively to any state term the Defendant is now serving.** It is ORDERED that the term of supervised release imposed on July 12, 2000, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, the provisions of 18 U.S.C. § 3553(a), and all relevant information in imposing the sentence at 24 months.

X   The court makes the following recommendations to the Bureau of Prisons:
    The court recommends that the Defendant be designated to a facility where drug treatment is available.

X   The defendant is remanded to the custody of the United States Marshal, to be released back to state custody.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL